

# IN THE
# TENTH COURT OF APPEALS

### No. 10-19-00050-CV

### IN RE E.W.O.

### Original Proceeding

## O R D E R

The Court has considered the Petition for Writ of Mandamus filed by E.W.O., Relator, on February 8, 2019. The Court requests a response from the parties to the proceeding. *See* TEX. R. APP. P. 52.8(b). Any response shall be filed with the Clerk of this Court no later than seven (7) days from the date of this order.

The trial court's temporary orders signed on January 22, 2019 are stayed until further order by this Court. *See* TEX. R. APP. P. 52.10(b).

PER CURIAM

Before Chief Justice Gray and
    Justice Davis
Response requested
Order issued and filed February 8, 2019

